## THIRD DEPARTMENT, JUNE, 1934.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMERICAN SURETY COMPANY OF NEW YORK, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without prejudice to a renewal. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

JOHN LEE STARK, Appellant, v. HOWE SOUND COMPANY, INC., and CAMPANIA INDUSTRIAL EL POTOSI, S. A., Respondents.— Motion granted. Order made January 10, 1934, amended *nunc pro tunc* by adding to it " that the plaintiff be allowed to serve an amended complaint within ten days after the notice of entry of said order." Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of ERNEST P. LYONS, an Attorney.— Application of the petitioner, Ernest P. Lyons, for an order restoring him to practice as an attorney and counselor at law is granted *nunc pro tunc* as of April 6, 1934. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

WILLIAM H. McGRATH, Respondent, v. JACOB C. MERRITT, Appellant.— Motion for order dispensing with printing of testimony in record on appeal denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

HARRY GOODROW, Appellant, v. THE NEW YORK TIMES COMPANY, Respondent.— Motion for reargument denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ERNEST FALK, Appellant, against MIDLAND DAIRY CO., INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision reversed and claim remitted to the State Industrial Board, to make an award, with costs to the appellant against the Board. Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ., concur.

In the Matter of the Application of ALICE G. VANDERBILT, as Sole Surviving Executrix, etc., of CORNELIUS VANDERBILT, Deceased, and Others, Petitioners, against THOMAS M. LYNCH and Others, as and Constituting the State Tax Commission of the State of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Judicial Settlement of the Accounts of DONALD S. WALKER, as Surviving Trustee under the Last Will and Testament of JOHN U. BROOKMAN, Deceased, Respondent. JOHN VANNECK and Others, Appellants.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

RAYMOND STALEY, Respondent, Appellant, v. PAUL A. FLAHERTY, Respondent. GROVE W. HINMAN and JOHN L. SULLIVAN, Appellants.— Judgment and order in favor of respondent Flaherty affirmed, with costs against the plaintiff. Order setting aside verdict as against appellants Hinman and Sullivan, and granting plaintiff's motion for a new trial as to said defendants, affirmed, with costs to the plaintiff, appellant, to abide the event. Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ., concur.